UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Mary L. Cooper
                                   Crim. No. 07-283 (MLC)
         v.                  :

JOHN ELLORAS,                :     ORDER FOR CONTINUANCE
    a/k/a "John Ellora"

This matter having come before the Court on the joint application of the United States (Christopher J. Christie, United States Attorney for the District of New Jersey, by Eric M. Schweiker, Assistant U.S. Attorney), and the defendant, JOHN ELLORAS (by Lisa Van Hoeck, Esquire, counsel), for an Order granting a continuance of the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this Court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good cause shown,

WHEREFORE, on this 22nd day of June, 2007,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The parties advise that they are engaged in meaningful plea negotiations, and that the Government has provided a proposed written plea agreement to the defendant. The

defendant and his counsel are desirous of additional time to consider this proposed plea agreement.

2. Should the defendant accept the written plea agreement, there would be no need for motions practice or a trial in this matter; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this __22nd__ day of June, 2007, IT IS HEREBY ORDERED as follows:

1. The thirty-day period beginning on June 22, 2007, through and including July 21, 2007, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8); and

2. Prior to July 21, 2007, the parties shall advise the Court of the status of plea negotiations in this matter.

BY THE COURT:

_____
HON. MARY L. COOPER
United States District Judge